UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BERMAN,
        Plaintiff,

v.

Case No. 2:14-cv-12720
District Judge Gershwin A. Drain
Magistrate Judge Anthony P. Patti

UNUMPROVIDENT CORPORATION,

*et al.*,

        Defendants.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO COMPEL WITHOUT PREJUDICE (DE 19)

The Court is informed that the parties have resolved the issues set forth in Defendant's Motion to Compel. Accordingly, Defendant's Motion to Compel is **DENIED WITHOUT PREJUDICE** as moot. (DE 19.)

**IT IS SO ORDERED.**


Dated: April 29, 2015
        s/Anthony P. Patti
        Anthony P. Patti
        UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was sent to parties of record on April 29, 2015, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti
(313) 234-5200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BERMAN,

        Plaintiff,

v.

PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY, a
Tennessee corporation,

        Defendant.

Case No. 2:14-cv-12720

Hon. Gershwin A. Drain
Magistrate Judge Anthony P. Patti

| Matthew L. Turner (P48706)<br>SOMMERS SCHWARTZ PC<br>Attorneys for Plaintiff<br>One Towne Square, 17th Floor<br>Southfield, MI  48076<br>(248) 355-0300<br>mturner@sommerspc.com | D. Andrew Portinga (P55804)<br>J. Michael Smith (P24530)<br>MILLER JOHNSON<br>Attorneys for Defendant<br>250 Monroe Avenue NW, Suite 800<br>Grand Rapids, MI  49503<br>(616) 831-1700<br>portingaa@millerjohnson.com<br>smithjm@millerjohnson.com |
|---|---|

## STIPULATION

The parties stipulate that they have resolved the issues set forth in Defendant's Motion to Compel and have reached an agreement on their discovery dispute. Accordingly, the parties stipulate that Defendant's Motion to Compel can be dismissed, without prejudice, as moot.

SOMMERS SCHWARTZ PC
Attorney for Plaintiff

Dated: April 28, 2015         By  /s/ Mathew L. Turner
                                       Matthew L. Turner (P48706)
Business Address:
    One Towne Square, 17th Floor
    Southfield, MI 48076
Telephone: (248) 355-0300
mturner@sommerspc.com


MILLER JOHNSON
Attorneys for Defendant

Dated: April 28, 2015         By  /s/ D. Andrew Portinga
                                       D. Andrew Portinga (P55804)
Business Address:
    250 Monroe Avenue NW, Suite 800
    PO Box 306
    Grand Rapids, MI 49501-0306
Telephone: (616) 831-1700
portingaa@millerjohnson.com