UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BERMAN,

      Plaintiff,

                          Case No. 2:14-cv-12720
v.                            District Judge Gershwin A. Drain
                            Magistrate Judge Anthony P. Patti

UNUMPROVIDENT
CORPORATION, *et al.*,

      Defendants.

_____/

## **ORDER FOR STATUS REPORT**

      This matter is before the Court on Defendants' second motion to compel (DE 34) and Plaintiff's response (DE 36).  The parties participated in a telephone status conference on June 26, 2015, during which they agreed to discuss options to resolve the motion prior to the hearing on July 15, 2015.  Per the discussion, the parties are hereby **ORDERED** to provide a joint status report detailing the success or failure of these discussions **ON OR BEFORE JULY 13, 2015**.

      **IT IS SO ORDERED.**

Dated: July 1, 2015              s/Anthony P. Patti
                                      Anthony P. Patti
                                      UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of this document was sent to parties of record on July 1, 2015, electronically and/or by U.S. Mail.

        s/Michael Williams
        Case Manager for the
        Honorable Anthony P. Patti

2:14-cv-12720-GAD-APP   Doc # 40   Filed 07/01/15   Pg 2 of 2   Pg ID 727