UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BERMAN,
          Plaintiff,

v.

Case No. 2:14-cv-12720
District Judge Gershwin A. Drain
Magistrate Judge Anthony P. Patti

UNUMPROVIDENT CORPORATION,

*et al.*,

          Defendants.

_____/

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL (DE 44)

This matter is before the Court for consideration of Plaintiff's motion to compel depositions (DE 44), Defendant's response (DE 46), and Plaintiff's reply (DE 47). On September 16, 2015, the Court entered a notice of hearing, requiring the parties to be present on October 15, 2015. (DE 48.) The parties then notified the Court that the case had been settled and the hearing on the motion to compel was not necessary. Accordingly, the Court cancelled the October 15, 2015 hearing. As a result, Plaintiff's motion to compel is **DENIED AS MOOT**. (DE 44.)

1

**IT IS SO ORDERED.**

Dated: October 5, 2015             s/Anthony P. Patti
                                   Anthony P. Patti
                                   UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 5, 2015, electronically and sent to parties of record electronically and/or by U.S. Mail.

                                   s/Michael Williams
                                   Case Manager for the
                                   Honorable Anthony P. Patti